LOUISE M. GOODRIDGE, as Administratrix of the Estate of MARY KUHN, Deceased, Appellant, v. M. JACK HERMAN, Individually and as Executor and Trustee under the Will of HARRY HERMAN, Deceased, et al., Respondents.— Order, insofar as appealed from, affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order insofar as it grants defendants' motion to compel plaintiff to add parties plaintiff and separately to state and number plaintiff's causes of action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

BERNARDO TURI et al., Respondents, v. MILDRED C. MAROTTA et al., Appellants.— Order entered January 16, 1953 (ante, p. 805), amended to read "with ten dollars costs and disbursements to the defendant Orlando, and with no costs or disbursements to the defendants Marottas." Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. J. G. MENIHAN CORP., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See ante, p. 805.]

## (March 18, 1953.)

VILLAGE OF KENMORE, Appellant, v. REPUBLIC LIGHT, HEAT & POWER COMPANY, INCORPORATED, Respondent.— Orders affirmed, with $10 costs and disbursements. All concur. (Appeal from two orders [1] dismissing plaintiff's complaint, and [2] denying motion for leave to serve an amended complaint, in an action for a declaratory judgment.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See post, p. 1067.]

JOSEPH R. McCARTHY, Respondent, v. POST-STANDARD COMPANY et al., Appellants.— Appeal dismissed, without costs, upon stipulation.